AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| HTI FINANCIAL SOLUTIONS LIMITED<br><br>*Plaintiff(s)*<br>v.<br>MANHATTAN SMI KG PROPERTIES FINANCE LIMITED, SMI USA GROUP LLC f/k/a SHANGHAI MUNICIPAL INVESTMENT GROUP USA LLC, SMI 520 FIFTH AVE LLC, 520 FIFTH OWNER LLC and KG FIFTH AVE INVESTMENT LLC<br><br>*Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KG FIFTH AVE INVESTMENT LLC
3422 Old Capitol Trail
Suite 700
Wilmington, Delaware 19808-6192

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anthony Coles
DLA PIPER LLP (US)
1251 Avenue of Americas
New York, NY 10020
(212) 335-4500
anthony.coles@us.dlapiper.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/18/2024

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*