**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                        :

HTI FINANCIAL SOLUTIONS
LIMITED,                        :

                        :     1:24-cv-00237 (DLC) (JLC)
          *Plaintiff*,      :

                        :

       -against-         :     **CLERK'S CERTIFICATE OF**
                        :     **DEFAULT**

MANHATTAN SMI KG PROPERTIES   :
FINANCE LIMITED, SMI USA GROUP LLC :
f/k/a SHANGHAI MUNICIPAL     :
INVESTMENT GROUP USA LLC, SMI 520  :
FIFTH AVE LLC, 520 FIFTH OWNER LLC :
and KG FIFTH AVE INVESTMENT LLC,  :

                        :

          *Defendants*.     :
---------------------------------------------------------- x

     I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on January 11, 2024, with the filing of a summons and complaint. ECF No. 1. A copy of the summons and complaint was served on defendant SMI USA Group LLC by personally serving Lisa Kline, Mail Room Specialist at Harvard Business Services, Inc., the Registered Agent for defendant SMI USA Group LLC on January 19, 2024. Proof of such service was filed with this Court on January 29, 2024. ECF No. 18.

     I further certify that the docket entries indicate that above-referenced defendant has not filed an answer or otherwise moved with respect to the complaint herein. Accordingly, the default of SMI USA Group LLC is hereby noted.

Dated: New York, New York           RUBY J. KRAJICK, Clerk of Court
      March 1     , 2024

                                     By:_____
                                         Deputy Clerk