```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
HTI FINANCIAL SOLUTIONS LIMITED,          :
                                          :
                         Plaintiff,       :     24cv237 (DLC)
            -v-                           :
                                          :          ORDER
MANHATTAN SMI KG PROPERTIES FINANCE       :
LIMITED, SMI USA GROUP LLC f/k/a/         :
SHANGHAI MUNICIPAL INVESTMENT GROUP       :
USA LLC, SMI 520 FIFTH AVE LLC, 520       :
FIFTH OWNER LLC and KG FIFTH AVE          :
INVESTMENT LLC,                           :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

The plaintiff having requested a default judgment on March 6, 2024, it is hereby

ORDERED that the plaintiff shall serve this Order and the underlying papers on the defendant on or before **March 15, 2024** by certified overnight mail and shall file proof of such service on ECF.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **March 22, 2024** at **2:30 pm** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007.

Failure of the defendant to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         March 11, 2024

                                     _____
                                          DENISE COTE
                                    United States District Judge