```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
                                          :
HTI FINANCIAL SOLUTIONS LIMITED,          :
                                          :         24CV237
                              Plaintiff,  :
              -v-                         :         ORDER
                                          :
MANHATTAN SMI KG PROPERTIES FINANCE       :
LIMITED, et al,                           :
                                          :
                              Defendants. :
                                          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On January 11, 2024, plaintiff HTI Financial Solutions Limited filed a complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. The defendants have not appeared in this action. An Order of March 11, 2024 scheduled a default judgment hearing to be held at 2:30 p.m. on March 22, 2024. It is hereby

ORDERED that plaintiff HTI Financial Solutions Limited shall, by **12:00 p.m. on March 22, 2024,** file a letter explaining the basis for its belief that diversity jurisdiction exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees. To the extent that both the plaintiff and any defendant are aliens, the letter shall explain why this ought not defeat diversity jurisdiction in light of the Second Circuit's holding that diversity "is lacking within the meaning of § 1332(a)(2) where . . . on one side there are citizens and aliens and on the opposite side there are only aliens." F5 Capital v. Pappas, 856 F.3d 61, 75 (2d Cir. 2017) (citation omitted).

IT IS FURTHER ORDERED that the letter to be filed by the plaintiff shall also explain how the plaintiff arrived at the total Repayment Amount stated in the December 20, 2020 Repayment Amount Notification Letter, including the sum of $99,100,503.77 added to the principal sum. The letter shall identify the contract provisions and any other information used to calculate this sum.

SO ORDERED:

Dated:   New York, New York
         March 21, 2024

                                        _____
                                        DENISE COTE
                                        United States District Judge