UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
HTI FINANCIAL SOLUTIONS LIMITED,          :
                                          :
                        Plaintiff,        :
            -v-                           :        24cv237 (DLC)
                                          :
MANHATTAN SMI KG PROPERTIES FINANCE       :          ORDER
LIMITED, et al,                           :
                                          :
                        Defendants.       :
------------------------------------X

DENISE COTE, District Judge:

A conference was held on March 22, 2024.  It is hereby

ORDERED that the plaintiff shall file any amended complaint

by **March 25, 2024.**

IT IS FURTHER ORDERED that the plaintiff shall file a

letter by **March 29, 2024,** explaining why this Court may enter a

judgment of default against defendants Manhattan SMI KG

Properties Finance Limited, 520 Fifth Owner LLC, and KG Fifth

Ave Investment LLC.  The letter shall also address the legal

basis for the Repayment Amount calculation stated in its letter

of March 22, 2024.

IT IS FURTHER ORDERED that defendants SMI USA Group LLC and

SMI 520 Fifth Ave LLC shall answer the complaint by **April 25,**

**2024.**  No extension shall be granted except for good cause

shown.

Dated:    New York, New York
          March 22, 2024

                                    _____
                                    DENISE COTE
                                    United States District Judge