```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
HTI FINANCIAL SOLUTIONS LIMITED,       :    24cv237(DLC)
                                       :
                    Plaintiff,         :    ORDER
                                       :
           -v-                         :
                                       :
                                       :
MANHATTAN SMI KG PROPERTIES FINANCE    :
LIMITED et al,                         :
                    Defendants.        :
                                       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the default hearing held on March 22, 2024, it is hereby

ORDERED that the plaintiff's request for a default judgment against defendants Manhattan SMI KG Properties Finance Limited, 520 Fifth Owner LLC, and KG Fifth Ave Investment LLC pursuant to Fed R. Civ. P. 54(b) is denied.

IT IS FURTHER ORDERED ORDERED that default is entered in favor of the plaintiff and against defendants Manhattan SMI KG Properties Finance Limited, 520 Fifth Owner LLC, and KG Fifth Ave Investment LLC.  Damages will be assessed at an inquest.

IT IS FURTHER ORDERED that the plaintiff shall serve defendants Manhattan SMI Kg Properties, 520 Fifth Owner LLC, and

KG Fifth Ave Investment LLC with a copy of this order by April 8, 2024.

Dated:   New York, New York
         April 1, 2024

                                      _____
                                            DENISE COTE
                                   United States District Judge