UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HTI Financial Solutions Limited,        :
                                        :
                        Plaintiff,      :     24cv237 (DLC)
                                        :
                -v-                     :     ORDER
                                        :
Manhattan SMI KG Properties Finance     :
Limited et al.,                         :
                                        :
                        Defendants.     :
                                        X
----------------------------------------

DENISE COTE, District Judge:

An Order of March 22, 2024 set a deadline of March 25 for the plaintiff to amend the complaint and a deadline of April 25 for defendants SMI USA Group LLC and SMI 520 Fifth Ave LLC to answer the complaint. The plaintiff did not file an amended complaint. Accordingly, it is hereby

ORDERED that any motion to dismiss the complaint is due by **April 25, 2024.** Any opposition or amended complaint is due **May 9.** Any further motion to amend the complaint is unlikely to be granted. If an opposition to the motion to dismiss is filed, any reply is due **May 16.** At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United

States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         April 8, 2024

                                      _____
                                      DENISE COTE
                                      United States District Judge