UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
HTI Financial Solutions Limited,          :
                                          :
                              Plaintiff,  :         24cv237(DLC)
              -v-                         :
                                          :            ORDER
Manhattan SMI KG Properties Finance       :
Limited et al.,                           :
                                          :
                              Defendants. :
------------------------------------------X

DENISE COTE, District Judge:

On April 25, 2024, defendants SMI USA Group LLC and SMI 520
Fifth Ave LLC filed a motion to dismiss the complaint.  On May
9, 2024, the plaintiff filed a cross-motion for judgment on the
pleadings or summary judgment pursuant to Fed. R. Civ. P. 12 (c)
and 56.  Accordingly, it is hereby

ORDERED that any opposition to the plaintiff's motion shall
be filed by **May 30, 2024**.  In their opposition, the defendants
may include reply arguments in support of their initial motion
to dismiss.  The plaintiff's reply, if any, shall be filed by
**June 13, 2024**.  At the time any reply is filed, the moving party
shall supply Chambers with two (2) courtesy copies of all motion
papers by mailing or delivering them to the United States
Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          May 10, 2024

                                    _____
                                          DENISE COTE
                                    United States District Judge