```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
HTI Financial Solutions Limited,      :    24cv237(DLC)
                                      :
                        Plaintiff,    :    ORDER
            -v-                       :
                                      :
Manhattan SMI KG Properties Finance   :
Limited et al.,                       :
                                      :
                        Defendants.   :
------------------------------------- X
```

DENISE COTE, District Judge:

On April 25, 2024, defendants SMI 520 Fifth Avenue LLC and SMI USA Group LLC filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6). The motion was fully submitted on May 16. On May 9, the plaintiff filed a cross-motion for judgment on the pleadings or summary judgment pursuant to Fed. R. Civ. P. 12(c) and 56. The motion was fully submitted on June 13. Accordingly, it is hereby

ORDERED that the defendants' April 25, 2024 motion to dismiss the complaint is denied.

IT IS FURTHER ORDERED that the defendants' answers to the complaint shall be filed by **September 11, 2024**.

IT IS FURTHER ORDERED that the parties shall attend a conference on **September 13, 2024** at **3:00 PM** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated:   New York, New York
         August 28, 2024

                                  _____
                                        DENISE COTE
                                  United States District Judge

2