```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HTI FINANCIAL SOLUTIONS LIMITED,         :      24cv237(DLC)
                                         :
                    Plaintiff,           :         ORDER
            -v-                          :
                                         :
MANHATTAN SMI KG PROPERTIES FINANCE      :
LIMITED et al.,                          :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Having received the parties' submissions of September 24, 2024, it is hereby

ORDERED that the plaintiff shall respond to the defendants' submission by **September 30, 2024.** Among other issues it may wish to discuss, the plaintiff shall address the defendants' arguments regarding diversity jurisdiction with regard to defendants Manhattan SMI KG Properties Finance Limited and 520 Fifth Owner, and whether the Court may and should allow the plaintiff to voluntarily dismiss its claims against non-diverse parties.

Dated:   New York, New York
         September 25, 2024

```
                              _____
                                       DENISE COTE
                              United States District Judge
```