```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
HTI FINANCIAL SOLUTIONS LIMITED,         :
                                         :
                        Plaintiff,       :     24cv237 (DLC)
                                         :
            -v-                          :     ORDER
                                         :
MANHATTAN SMI KG PROPERTIES FINANCE      :
LIMITED, et al.,                         :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of October 9, 2024 held that the plaintiff is entitled to judgment against SMI USA Group LLC and SMI 520 Fifth Ave LLC on Claims One and Four. It is hereby

ORDERED that by **October 16, 2024,** the plaintiff shall provide the defendants with its proposed judgment. The parties shall promptly confer and attempt to resolve any disputes. A proposed judgment and any objections to it shall be filed by **October 18, 2024.**

Dated:    New York, New York
          October 9, 2024

                                      _____
                                            DENISE COTE
                                      United States District Judge