# MILLER, LEIBY & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

---

32 Broadway, 13th Floor • New York, NY 10004
Tel 212.227.4200 • Fax 212.504.8369 • MillerLeiby.com

The Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

October 10, 2024

Re: **HTI Financial Solutions Limited v. Manhattan SMI KG Properties Finance Limited et al., Case No. 24-cv-00237 (DLC) (HJR)**

Your Honor:

The undersigned law firm represents defendants SMI USA Group LLC and SMI 520 Fifth Ave LLC (hereinafter collectively referred to as "defendants") in the above-referenced action.

By order, dated October 9, 2024 (Dkt. No. 89), this Court ordered that the parties are promptly to confer and then to file a proposed judgment and objections by October 18, after plaintiff provides defendants with a proposed judgment on October 16.

Another Jewish holiday begins on October 16, and, because of religious observance, I will be fully unavailable beginning in the afternoon of October 16 through October 18.

In light of the same schedule the following week, because of the Jewish holidays, with my unavailability, again, on Wednesday, October 23, through Friday, October 25, and because I, accordingly, have very limited time (in addition to others deadlines) over the next couple of weeks to confer with plaintiff's counsel and to prepare any objections, I respectfully request an extension of time for filing the proposed judgment and objections to and including October 30.

*The parties shall confer regarding a proposed schedule.*

*Denise Cote*
*10/11/24*

Respectfully submitted,

**MILLER, LEIBY & ASSOCIATES, P.C.**

By:  /s/ *David Lewittes*
David Lewittes, Esq.

cc. All counsel of record on ECF