

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Dennis O'Donnell
dennis.odonnell@us.dlapiper.com
212.335.4665

Via ECF

April 22, 2025

Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 18B
New York, NY 10007

     Re:    HTI Financial Solutions Limited v. Manhattan SMI KG Properties
               Finance Limited, et al., Index No. 1:24-cv-00237-DLC

Dear Judge Cote:

We write on behalf of Plaintiff HTI Financial Solutions Limited ("Plaintiff"), and jointly with counsel for non-party Extell Development ("Extell"), to provide the Court with an update in connection with Plaintiff's pending motion to compel the production of certain documents from Extell in response to Plaintiff's subpoena to Extell of December 19, 2024. *See* Dkt. No. 101. We are pleased to advise the Court that the parties have entered into a stipulation governing a production of documents from Extell that will resolve the pending motion. *See* Exhibit A.

In light of the resolution of the motion and Extell's response to Plaintiff's subpoena, the parties respectfully request that the Order to Show Cause hearing, scheduled for Wednesday April 23, 2025 at 2:30 pm (*see* Dkt. Nos. 109, 111), be cancelled.

The parties are available to address any questions the Court may have.

*The conference is cancelled.*

*Denise Cote*

*4/22/25*

Respectfully submitted,

Dennis O'Donnell